**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Robert Daniel Fisher                  **BK NO. 23-01207 HWV**
       Kimberly Grace Fisher

                **Debtor(s)**                 **Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
30 Jun 2023, 11:40:11, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 055cd58e46b5af330a1a0d92a194e352b00a3a32745be1389939c7946ddf489c