Certificate Number: 16339-PAM-DE-037696054

Bankruptcy Case Number: 23-01207


16339-PAM-DE-037696054

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2023, at 4:20 o'clock PM EDT, Kimberly Fisher completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 21, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAM-DE-037696053

Bankruptcy Case Number: 23-01207



16339-PAM-DE-037696053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2023, at 4:20 o'clock PM EDT, Robert Fisher completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 21, 2023  By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor