United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01207-HWV |
| Robert Daniel Fisher | Chapter 7 |
| Kimberly Grace Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 03, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2023 18:39:40 | J.P. Morgan Chase Bank, Ntl. Assoc., C/O Jamie Dimon, CEO, 1111 Polaris Pkwy, Columbus, OH 43240-2050 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Robert Daniel Fisher ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Kimberly Grace Fisher ngp@mooney4law.com plattnr61895@notify.bestcase.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ROBERT DANIEL FISHER<br>KIMBERLY GRACE FISHER<br>　　　　　DEBTORS | CHAPTER 7 |
| | ROBERT DANIEL FISHER<br>KIMBERLY GRACE FISHER<br>　　　　　MOVANTS | CASE NO. 1:23-bk-01207-HWV |
| | VS. | |
| | J.P. MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION<br>C/O JAMIE DIMON, CEO<br>　　　　　RESPONDENT | |

## ORDER

Upon consideration of the Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, Doc. 25, and no objections having been filed, it is

**ORDERED** that the relief prayed for in the Motion is **GRANTED**. The judgment of J.P. Morgan Chase Bank, National Association C/O Jamie Dimon, CEO, entered in Adams County at Docket #23-SU-0157 is avoided and J.P. Morgan Chase Bank, National Association C/O Jamie Dimon, CEO, is classified as a general unsecured creditor. It is further

**ORDERED** that a certified copy of this Order may be filed with the Prothonotary of Adams County and the Prothonotary is directed to terminate the judgment in the judgment indices.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 3, 2023