In re:  
Robert Daniel Fisher  
Kimberly Grace Fisher  
    Debtors

Case No. 23-01207-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 14, 2023     Form ID: 318     Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Daniel Fisher, Kimberly Grace Fisher, 1992 Hunterstown Hampton Road, New Oxford, PA 17350-9644 |
| 5544709 | | Bruce D. Klaskin DO, P. O. Box 175, Northumberland, PA 17857-0175 |
| 5544713 | | CBY Professional Services, 33 S Duke Street, York, PA 17401-1401 |
| 5544718 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P. O. Box 742537, Cincinnati, OH 45274-2537 |
| 5544711 | + | Caro Federal Credit Un, 4480 Rosewood Drive, Columbia, SC 29209-2629 |
| 5544712 | + | Carolina FCU, 4480 Rosewood Drive, Columbia, SC 29209-2629 |
| 5544715 | + | Cherry Tree Foot and Ankle, 798 Cherry Tree Court, Hanover, PA 17331-7901 |
| 5568453 | + | Gettysburg Eye Care, 408 E. Middle Street, Gettysburg, PA 17325-1926 |
| 5544721 | | Johns Hopkins Medicine, P. O. Box 417714, Boston, MA 02241-7714 |
| 5544725 | + | LNV Funding, P. O. Box 1269, Atlanta, GA 30301-1269 |
| 5544726 | + | Magisterial District 19-3-06, 4824 Walter's Hatchery Road, Spring Grove, PA 17362-7416 |
| 5544727 | + | McGlaughlin's Refrigeration, 380 Blacksmith Shop Road, Gettysburg, PA 17325-8792 |
| 5544733 | + | North Carroll Dental, 2113 Hanover PIke, Hampstead, MD 21074-1319 |
| 5544734 | + | Owings Energy, 2185 Richardson Road, Westminster, MD 21158-2703 |
| 5544735 | + | Palisades Collection LLC, 4660 Trindle Road, Camp Hill, PA 17011-5610 |
| 5544736 | + | Paul F. D'Emilio, Esquire, 905 W. Sprout Road, Suite 105, Springfield, PA 19064-1254 |
| 5544742 | | Revlon Solutions Inc., PO Box 163279, Columbus, OH 43216-3279 |
| 5544743 | + | Scott & Associates, PC., Michael A. Carrucoli, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5544745 | | State Farm Ins. Subrogee of, Rodney Kimball, 113 E. Washington St DTB 8, Bloomington, IL 61701 |
| 5544752 | | WellSpan Health, P. O. Box 15119, York, PA 17405-7119 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5544708 | + | Email/Text: bk@avant.com | Nov 14 2023 18:52:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5544710 | + | EDI: CAPITALONE.COM | Nov 14 2023 23:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5544716 | + | EDI: CITICORP.COM | Nov 14 2023 23:44:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5544717 | + | Email/Text: mediamanagers@clientservices.com | Nov 14 2023 18:52:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5544719 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2023 18:50:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5568452 | ^ | MEBN | Nov 14 2023 18:43:12 | Delaware Dept. of Transp., P O Box 697, Dover, DE 19903-0697 |
| 5544720 | | EDI: IRS.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 14 2023 23:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5544714 | | EDI: JPMORGANCHASE | Nov 14 2023 23:44:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5544722 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Nov 14 2023 18:52:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 5544723 | | Email/Text: Deborah@keystonecredit.net | Nov 14 2023 18:52:00 | Keystone Credit Services, LLC, 664 Furnace Hills Pike, Lititz, PA 17543 |
| 5544724 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2023 18:52:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5568454 | | Email/Text: mdtaoag@mdta.state.md.us | Nov 14 2023 18:52:00 | MD Transportation Authority, P O Box 12853, Philadelphia, PA 19176-0853 |
| 5544728 | | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 14 2023 18:52:00 | Met Ed, P. O. Box 16001, Reading, PA 19612-6001 |
| 5544732 | | Email/Text: bankruptcy@nccva.com | Nov 14 2023 18:52:00 | NCC, P. O. Box 9156, Alexandria, VA 22304-0156 |
| 5544729 | + | Email/Text: Bankruptcies@nragroup.com | Nov 14 2023 18:52:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5544730 | + | EDI: NFCU.COM | Nov 14 2023 23:44:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5544731 | | EDI: NFCU.COM | Nov 14 2023 23:44:00 | Navy Federal Credit Union, P. O. Box 3500, Merrifield, VA 22119-3500 |
| 5568455 | ^ | MEBN | Nov 14 2023 18:43:05 | PA Turnpike, P O Box 645631, Pittsburg, PA 15264-5254 |
| 5544737 | | EDI: PENNDEPTREV | Nov 14 2023 23:44:00 | Pennsylvania Department of Revenue, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5544737 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 18:52:00 | Pennsylvania Department of Revenue, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5544970 | | EDI: PENNDEPTREV | Nov 14 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5544970 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5544738 | + | Email/PDF: ebnotices@pnmac.com | Nov 14 2023 18:50:17 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5544739 | ^ | MEBN | Nov 14 2023 18:42:52 | Quest Diagnostics, P. O. Box 9000, South Windsor, CT 06074-9000 |
| 5544740 | + | Email/Text: ngisupport@radiusgs.com | Nov 14 2023 18:52:00 | Radius Global Solutions, LLC, 7831 Glenroy Road Suite 250-A, Minneapolis, MN 55439-3132 |
| 5544741 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 18:50:31 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5544744 | + | Email/Text: EZLaunch@lsc.net | Nov 14 2023 18:52:00 | Services Cu, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 5544746 | + | EDI: RMSC.COM | Nov 14 2023 23:44:00 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5544747 | + | EDI: RMSC.COM | Nov 14 2023 23:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5544748 | | EDI: AISTMBL.COM | Nov 14 2023 23:44:00 | TMobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 5544749 | + | EDI: CITICORP.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 14 2023 23:44:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5544750 | Email/Text: bankruptcynotice@unifininc.com | Nov 14 2023 18:52:00 | Unifin, Inc., PO Box 4519, Skokie, IL 60076-4519 |
| 5544751 | Email/Text: BankruptcyNotice@upmc.edu | Nov 14 2023 18:52:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence V. Young | lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Robert Daniel Fisher ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Kimberly Grace Fisher ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Daniel Fisher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9094<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kimberly Grace Fisher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6418<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:23-bk-01207-HWV | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Daniel Fisher                    Kimberly Grace Fisher

**By the court:**   *Henry W. Van Eck* (signature)

11/14/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**