United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 23-01207-HWV

Robert Daniel Fisher                                           Chapter 7

Kimberly Grace Fisher

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2

Date Rcvd: Nov 14, 2023        Form ID: fnldec        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Robert Daniel Fisher, Kimberly Grace Fisher, 1992 Hunterstown Hampton Road, New Oxford, PA 17350-9644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Lawrence V. Young
     lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com

Michael Patrick Farrington
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

Nicholas G. Platt
     on behalf of Debtor 1 Robert Daniel Fisher ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Nicholas G. Platt
     on behalf of Debtor 2 Kimberly Grace Fisher ngp@mooney4law.com  plattnr61895@notify.bestcase.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-1

Date Rcvd: Nov 14, 2023

TOTAL: 5

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Daniel Fisher,

        **Debtor 1**

Kimberly Grace Fisher,

        **Debtor 2**

Chapter     7

Case No.     1:23−bk−01207−HWV

Social Security No.:

        xxx−xx−9094        xxx−xx−6418

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence V. Young**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  November 14, 2023

**fnldec** (01/22)