IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ROBERT DANIEL FISHER<br>KIMBERLY GRACE FISHER<br>       DEBTORS | CHAPTER 7 |
| | ROBERT DANIEL FISHER<br>KIMBERLY GRACE FISHER<br>       MOVANTS | CASE NO. 1:23-bk-01207-HWV |
| | VS. | |
| | J.P. MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION<br>C/O JAMIE DIMON, CEO<br>       RESPONDENT | |

### REQUEST FOR CERTIFIED ORDER FROM THE CLERK OF COURT

Plaintiffs, Robert Daniel Fisher and Kimberly Grace Fisher, by and through their undersigned Counsel, Nicholas G. Platt, Esquire, respectfully requests that the Clerk of this Court provide a Certified Order for document number 28 filed by the Court on November 3, 2023.

Respectfully submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax