IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT DANIEL FISHER  CHAPTER 7
KIMBERLY GRACE FISHER
    DEBTORS
    CASE NO. 1:23-bk-01207-HWV

ROBERT DANIEL FISHER
KIMBERLY GRACE FISHER
    MOVANTS

VS.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY AS SUBROGEE OF
RODNEY KIMBALL
    RESPONDENT

## REQUEST FOR CERTIFIED ORDER FROM THE CLERK OF COURT

Plaintiffs, Robert Daniel Fisher and Kimberly Grace Fisher, by and through their undersigned Counsel, Nicholas G. Platt, Esquire, respectfully requests that the Clerk of this Court provide a Certified Order for document number 30 filed by the Court on November 13, 2023.

Respectfully submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax